KUEHN v. LEUBNER et al. (No. 845.)

(Court of Civil Appeals of Texas. El Paso. April 18, 1918.)

APPEAL AND ERROR ⬤⟶773(2) — FAILURE TO FILE BRIEFS—MOTION TO DISMISS.

No briefs having been filed by appellant, appellee's motion to dismiss appeal for failure to file briefs will be granted; there being no showing that a copy of appellant's brief was filed in the trial court, or that there was a waiver of such filing.

Appeal from San Saba County Court; W. V. Dean, Judge.

Controversy between R. W. Kuehn and Carl Leubner and others. Kuehn appeals. Appeal dismissed.

Flack & Flack, of San Saba, for appellant. Walker & Burleson, of San Saba, and John P. Dewald, of Pendleton, for appellees.

WALTHALL, J. This is an appeal from the county court of San Saba county. The transcript was filed in the Court of Civil Appeals at Austin, Texas, on May 9, 1917. On order of the Supreme Court, the case was transferred to and filed in this court on November 22, 1917. There are no briefs filed by appellant, nor is there a showing that a copy of appellant's brief was filed in the trial court, or a waiver of such filing. Appellees filed a motion herein to dismiss the appeal for failure to file briefs.

The motion is sustained, and the appeal is dismissed.